FILED
1997 FEB 28 AM 8:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ARTHUR GOULD, )
)
Plaintiff, )
)
vs )  CIVIL ACTION NO. 96-H-1025-S
)
)
GOLDEN FLAKE SNACK FOODS, INC.,)
)
Defendant. )

**ENTERED**

FEB 2 8 1997

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the Magistrate Judge as the findings and conclusions of the court. In accord with the recommendation, the defendant's motion for summary judgment is due to be granted and this complaint is due to be dismissed. An appropriate order will be entered.

DONE, this 28th day of February, 1997.

JAMES H. HANCOCK
SENIOR JUDGE